**RYAN PACYGA CRIMINAL DEFENSE**

333 SOUTH SEVENTH STREET, SUITE 2850
MINNEAPOLIS, MN 55402

612-339-5844    Phone
612-454-4263    Fax
www.ArrestedMN.com

August 24, 2024

The Honorable Dulce Foster
U.S. Magistrate Judge United States District Court
300 South Fourth Street
Minneapolis, MN 55415

*Re:*  *United States v. Ward, et al.*
       **Case No. 22-CR-00336-DWF-DJF**

Dear Magistrate Judge Foster,

    I represent James Graczyk in the above matter and there is a case management conference scheduled for the 28th of August 2024 that I will not be able to attend due to being in trial in another case. The trial starts today the 26th of August and is expected to last two weeks. I have informed Mr. Hollenhorst of my obligation and I am all right with the proceedings going on in my absence.

Respectfully,

**RYAN PACYGA CRIMINAL DEFENSE**

/s/Ryan M. Pacyga

cc:  U.S. Attorney's Office
     File/client